**GE HOMELAND PROTECTION, INC., Plaintiff–Appellee,**

v.

**DSA DETECTION, LLC, David Rutter, Alan Retter, Stephen Milt, Lourdes Sweeney, and Angela Shelby, Defendants–Appellants.**

No. 2007–1455.

United States Court of Appeals, Federal Circuit.

Jan. 7, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).